# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137814

KEVIN M. DUVALL, Personal Representative
of the Estate of DONNA DUVALL,
            Plaintiff-Appellee,

v

BRONSON METHODIST HOSPITAL,
            Defendant-Appellee,

and

SOUTHWESTERN MICHIGAN EMERGENCY
SERVICES, P.C., MARK D. KERSCHNER,
M.D., and SIMON C. WATSON, M.D.,
            Defendants-Appellants.
_____/

SC: 137814
COA: 277767
Kalamazoo CC: 06-000133-NH

     On order of the Court, the application for leave to appeal the October 28, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2009

Clerk

d0316